## Commonwealth *v.* Carson, Appellant.

Argued December 6, 1972. *S. R. Zimmerman, III,* with him *Geisenberger, Zimmerman, Pfannebecker & Gibbel,* for appellant; *Andrew F. Lucarelli,* Assistant District Attorney, with him *Henry J. Rutherford,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Conviction affirmed and record remanded for resentence under The Controlled Substance, Drug, Device and Cosmetic Act of 1972, 35 P.S. §§780-101 ff. See *Commonwealth v. Simpson,* 222 Pa. Superior Ct. 296, 294 A. 2d 805 (1972).